Leon E. Phillips, Respondent, v. State of New York, Appellant. (Claim No. 51893.)

680

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.